U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 0 2 2008
CORAN, CLERK
BY: DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.
Anthony Daniel Blaney

Case No: 7:06CR00042-001
USM No: 12216-084

Date of Previous Judgment: October 4, 2006
(Use Date of Last Amended Judgment if Applicable)

Allegra Black, Assistant Federal Public Defender
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 135 months **is reduced to** 108 months*.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

*As the concurrent sentences imposed on Counts Four, Five, and Six were all calculated under the crack cocaine sentencing guidelines, pursuant to U.S.S.G. § 5G1.2(b), the court hereby reduces each of the three sentences to 108 months imprisonment, concurrent to each other, pursuant to 18 U.S.C. § 3582(c) and the 2007 retroactive amendments to the crack cocaine sentencing guidelines.

**III. ADDITIONAL COMMENTS**

The factors listed in 18 U.S.C. § 3553(a) having been considered, the government's objections to the reduction are overruled.

Except as provided above, all provisions of the judgment dated 10/04/2006 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: April 2, 2008

James C. Turk
Judge's signature

Effective Date: ____________
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title